```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.					Civil Action No. 2:14-25143

**E.I. Du PONT de NEMOURS AND COMPANY**

      Defendant.

<u>ORDER</u>

It is ORDERED that lead counsel for the parties be, and hereby are, directed to appear at a conference with the court on July 29, 2015, at 10:00 a.m. Counsel should be prepared at that time to furnish evidence that defendant retains the right and ability to enter the premises of the subject facility presently and in the future in order to fulfill the obligations imposed upon it by the proposed consent decree.

The Clerk is directed to forward copies of this order to all counsel of record.

                                DATED: July 22, 2015

                                _____
                                John T. Copenhaver, Jr.
                                United States District Judge