```
        UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF WEST VIRGINIA
              AT CHARLESTON
```

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.                                      Civil Action No. 2:14-25143

**E.I. Du PONT de NEMOURS AND COMPANY**

      Defendant.

### ORDER

Pending is the joint oral motion to continue by counsel for the parties herein, lodged on July 23, 2015.

It is ORDERED that the motion be, and hereby is, granted. It is further ORDERED that lead counsel for the parties be, and hereby are, directed to appear at a conference with the court on August 14, 2015, at 10:00 a.m. Counsel for DuPont may furnish evidence by August 6, 2015, respecting its retained right and ability to enter the premises of the subject facility presently and in the future in order to fulfill the obligations imposed upon it by the proposed consent decree.

The Clerk is directed to forward copies of this order to all counsel of record.

DATED: July 27, 2015

                              John T. Copenhaver, Jr.
                              United States District Judge