```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.                                    Civil Action No. 2:14-25143

**E.I. Du PONT de NEMOURS AND COMPANY**

       Defendant.

<u>ORDER</u>

For reasons appearing to the court, it is ORDERED that the conference with the court on August 14, 2015, be, and hereby is, rescheduled to 1:30 p.m.

The Clerk is directed to forward copies of this order to all counsel of record.

DATED: August 11, 2015

                                        John T. Copenhaver, Jr.
                                        United States District Judge