# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 8/14/2015                                                                 Case Number 2:14-cv-25143
Case Style: USA vs. E. I. du Pont de Nemours and Company
Type of hearing Status Conference
Before the honorable: 2508-Copenhaver
Court Reporter Catherine Schutte-Stant                                          Courtroom Deputy Law Clerk
Attorney(s) for the Plaintiff or Government Gary Call,Cara Mroczek


Attorney(s) for the Defendant(s) Bart Cassidy,Michael Dillon,Paula Durst


Law Clerk Frank Volk                                                            Probation Officer

## Trial Time


## Non-Trial Time

Motions hearing (without evidence). Type:


## Court Time

1:36 pm    to 1:56 pm
Total Court Time: 0 Hours 20 Minutes Non-Trial Time/Uncontested Time


## Courtroom Notes

START:  1:36 pm

The court discussed with counsel certain matters relating to the proposed consent decree.

Counsel directed to submit additional documentation on or before August 28, 2015.

STOP: 1:56 pm